**IN THE UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT C
SOUTHERN DISTRICT OF TE
ENTERED

**FOR THE SOUTHERN DISTRICT OF TEXAS**

DEC 1 2 2002

**HOUSTON DIVISION**

Michael N. Milby, Clerk of Cuuri

| | | |
|---|---|---|
| FINIS CHARLES LIGGETT, | § | |
| TDCJ No. 793519, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-02-0612 |
| | § | |
| DR. JUDY K. JOHNSON, | § | |
| TOMMY WALKER, JR., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On December 9, 2002, this Court conducted a *Spears*[1] hearing in this cause at the Darrington Unit of the Texas Department of Criminal Justice-Institutional Division. The Court heard testimony from the Plaintiff and sworn witnesses.[2]

For the reasons stated during the *Spears* hearing, Plaintiff's claims are DISMISSED under 28 U.S.C. § 1915(e)(2)(B) because they lack an arguable basis in law and fail to state a claim on which relief may be granted.

---

[1]*Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

[2]On the day the *Spears* hearing was conducted in this case, the court conducted several other hearings.

11

The Clerk will provide a copy to the District Clerk for the Eastern District of

Texas, Tyler Division, 211 West Ferguson, Tyler, Texas 75702, Attention: Betty Parker.

SIGNED at Houston, Texas, on _____ Dec 10 _____, 2002.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE